IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LANETTE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:09cv1138-MHT |
| ) | (WO) |
| LINDA PALMER, ANNETTE ) | |
| HAMM, and FEDERAL DEPOSIT ) | |
| INSURANCE CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. No. 17), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Federal Deposit Insurance Corporation and the claims against it are dismissed with prejudice, with the parties to bear their own costs, expenses, and attorneys' fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of April, 2010.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE