IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LANETTE SMITH, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:09cv1138-MHT |
| ) | (WO) |
| LINDA PALMER, ANNETTE ) | |
| HAMM, and FEDERAL DEPOSIT ) | |
| INSURANCE CORPORATION, ) | |
| ) | |
|    Defendants. ) | |

ORDER

Because this case was removed from state to federal court based on the fact that defendant Federal Deposit Insurance Corporation was a party and because defendant Federal Deposit Insurance Corporation has now been dismissed, it is ORDERED that the remaining parties show cause, if any there be, in writing by May 3, 2010, as to why this lawsuit should not be remanded back to state court.

    DONE, this the 23rd day of April, 2010.

                                /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE