IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LANETTE SMITH,                    )
                                  )
     Plaintiff,                   )
                                  )      CIVIL ACTION NO.
     v.                           )        2:09cv1138-MHT
                                  )            (WO)
LINDA PALMER, ANNETTE             )
HAMM, and FEDERAL DEPOSIT         )
INSURANCE CORPORATION,            )
                                  )
     Defendants.                  )
```

ORDER

Because this case was removed from state to federal court based on the fact that defendant Federal Deposit Insurance Corporation was a party; because defendant Federal Deposit Insurance Corporation has now been dismissed; and because none of the remaining parties objects, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is remanded to the Circuit Court of Covington County, Alabama.

**The clerk of the court is DIRECTED to take appropriate steps to effect the remand.**

**DONE, this the 4th day of May, 2010.**

　　　　　　　　　　　　　　 <u>　/s/ Myron H. Thompson　</u>
　　　　　　　　　　　　　　 **UNITED STATES DISTRICT JUDGE**